Todd M. Friedman, Esq. (216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALMA MEDINA AND TERESA DURGIN,**<br><br>Plaintiffs,<br><br>vs.<br><br>**GC SERVICES, LP,**<br><br>Defendant. | ) Case No. 3:10-CV-00651-JM-RBB<br>)<br>) **NOTICE OF VOLUNTARY**<br>) **DISMISSAL WITH PREJUDICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Southern District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is herewith served upon Defendant.

RESPECTFULLY SUBMITTED this 18th day of May, 2010.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 18th day of May, 2010, with:

United States District Court CM/ECF system

A copy mailed and hereby served on this 18th day of May, 2010 to:

Brad Batig, Legal Counsel
GC Services, LP
6330 Gulfton
Houston, Texas 77081


By: s/Todd M. Friedman
    Todd M. Friedman